# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PATRICIA A. SINAY,

      Plaintiff(s),

v.

ANDREW SAUL,

      Defendant(s).

Case No.: 2:19-cv-00680-JCM-NJK

**ORDER**

Andrew Saul is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Andrew Saul in place of Nancy Berryhill.

IT IS SO ORDERED.

Dated: July 17, 2019

_____
Nancy J. Koppe
United States Magistrate Judge